UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22cr68-TKW

CRAIG LEWIS SELLERS, III

_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **CRAIG LEWIS SELLERS, III,** to Counts One through Five of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 13th day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**